IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES BURRUS,<br><br>Defendant. | 8:17CR181<br><br>**ORDER ON APPEARANCE FOR SUPERVISED RELEASE VIOLATION** |

The defendant appeared before the Court on November 7, 2022 regarding Petition for Offender Under Supervision [60]. David Stickman represented the defendant. Kimberly Bunjer represented the government. The defendant was advised of the alleged violation(s) of supervised release, right to retain or appointment of counsel, and any right to a preliminary hearing in accordance with Federal Rule of Criminal Procedure 32.1(a)(3).

The defendant is being released pending a final dispositional hearing. Therefore, the defendant does not have a right to a preliminary hearing. Fed. R. Crim. P. 32.1(b)(1)(A). The Court finds the petition sets forth probable cause to believe the defendant violated the terms of supervised release. The defendant shall appear personally for a final dispositional hearing before U.S. District Judge Brian C. Buescher in Courtroom No. 5, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at 10:30 a.m. on January 26, 2023.

The government did not move for detention. The defendant shall be released on the current terms and conditions of supervision to include no travel to Lincoln, Nebraska, except for court related purposes, and no contact, directly or indirectly, with the victim in this matter, M.O.

**IT IS SO ORDERED**.

Dated this 7th day of November, 2022.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge