IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:17-CR-181 |
| vs. | ORDER |
| JAMES BURRUS, | |
| Defendant. | |

This matter is before the Court on the Government's Motion for Dismissal, Filing 71, which requests leave to dismiss, without prejudice, the Petition for Warrant or Summons for Offender Under Supervision, Filing 60. Under Rule 48 of the Criminal Rules of Procedure, the Government may, with leave of court, dismiss a charging document, unless dismissal is requested during trial without the defendant's consent. Fed. R. Crim. P. 48(a). Dismissal has not been requested during trial. Therefore, the Court finds that the Motion should be granted. Accordingly,

IT IS ORDERED that the Government's Motion for Dismissal, Filing 71, is granted.

Dated this 21st day of February, 2023.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge